1030

[No. 29231-2-III. Division Three. October 27, 2011.]

GAVIN DEFELICE, *Appellant*, v. LAURA JONES ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-03386-7, Kathleen M. O'Connor, J., entered June 25, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[Nos. 64633-8-I; 65132-3-I. Division One. October 31, 2011.]

*In the Matter of the Estates of* LLOYD W. FOSTER ET AL.

LAURANCE FOSTER, *Appellant*, v. JENNIFER J. GILLIAM ET AL., *as Special Administrators, Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 03-4-00149-7, Carlos Velategui, J. Pro Tem., entered November 23, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ. Now published at 165 Wn. App. 33.

[No. 64815-2-I. Division One. October 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER LEE NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10175-2, Bruce E. Heller, J., entered December 21, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 65046-7-I. Division One. October 31, 2011.]

AMERICAN STATES INSURANCE COMPANY, *Respondent*, v. CENTURY SURETY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-22585-2, Theresa B. Doyle, J., entered January 29, 2010. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.